```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 37866
  SAMANTHA JO SHUSTER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-8373

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/12/2004 and was confirmed 12/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  11.50% from remaining funds.

     The case was paid in full 09/17/2007.
------------------------------------------------------------------------
                                                  INTEREST      PRINCIPAL
CREDITOR NAME              CLASS    CLAIM AMOUNT    PAID          PAID
------------------------------------------------------------------------
CHASE                    UNSECURED    NOT FILED       .00           .00
RESURGENT ACQUISITION LL UNSECURED OTH  1056.31       .00        121.69
ECAST SETTLEMENT CORP    UNSECURED     3588.70        .00        412.79
ECAST SETTLEMENT CORP    UNSECURED     2014.77        .00        231.75
ECAST SETTLEMENT CORP    UNSECURED      896.73        .00        103.15
ECAST SETTLEMENT CORP    UNSECURED      837.48        .00         96.34
ECMC                     UNSECURED     6125.02        .00        704.53
ECAST SETTLEMENT CORP    UNSECURED     6147.43        .00        707.11
MI-LOAN PROGRAM          UNSECURED    12047.86        .00       1385.80
MICHIGAN DEPT OF EDUCATI UNSECURED     5030.00        .00        578.57
RESURGENT ACQUISITION LL UNSECURED     2037.86        .00        234.41
UNITED STUDENT AID FUNDS UNSECURED     2440.45        .00        280.71
ECAST SETTLEMENT CORP    UNSECURED      277.96        .00         31.97
MICHIGAN HIGHER EDUCATIO UNSECURED      665.12        .00         76.51
UNITED STUDENT AID FUNDS UNSECURED     2003.00        .00        230.40
GREAT LAKES EDUCATIONAL  UNSECURED         .00        .00           .00
US DEPT OF EDUCATION     FILED LATE    1139.22        .00           .00
PETER FRANCIS GERACI     DEBTOR ATTY   2,200.00                 2,200.00
TOM VAUGHN               TRUSTEE                                  404.27
DEBTOR REFUND            REFUND                                     9.78

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             7,809.78

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                5,195.73
ADMINISTRATIVE                           2,200.00
TRUSTEE COMPENSATION                       404.27
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 37866 SAMANTHA JO SHUSTER

```
DEBTOR REFUND                                                  9.78
                                   ---------------   ---------------
TOTALS                                    7,809.78          7,809.78
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                         /s/ Tom Vaughn
   Dated: 12/27/07                _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```